## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

**06-10014**

In Re:     )

    **Valinda Faye Graves**     )

    )     **NOTICE TO CREDITORS**

    )     **AND**

    )     **PROPOSED PLAN**

SS#     **xxx-xx-1004**     )

SS#     )     Case No. _____

    Debtor(s)     )

**The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on  January 5, 2006 .**

**THE FILING AUTOMATICALLY STAYS COLLECTION AND OTHER ACTIONS AGAINST THE DEBTOR(S), DEBTOR(S)' PROPERTY AND CERTAIN CO-DEBTORS.  IF YOU ATTEMPT TO COLLECT A DEBT OR TAKE OTHER ACTION IN VIOLATION OF THE BANKRUPTCY STAY, YOU MAY BE PENALIZED.**

**OFFICIAL NOTICE WILL BE SENT TO CREDITORS GIVING THE NAME AND ADDRESS OF THE TRUSTEE, THE DATE AND TIME OF THE MEETING OF CREDITORS, AND THE DEADLINE FOR OBJECTING TO THE PLAN.**

**A CREDITOR MUST TIMELY FILE A PROOF OF CLAIM WITH THE TRUSTEE IN ORDER TO RECEIVE DISTRIBUTIONS UNDER THE PLAN.**

The Debtor(s) propose an initial plan, which is subject to modification, as follows:

1.      <u>Payments to the Trustee</u>:  The Debtor(s) propose to pay from future earnings his/her/their disposable income to the Trustee for a period of  **36**  consecutive months by means of monthly payments of  **$665.00** , for distribution to creditors after payment of costs of administration.

2.      <u>Payments made directly to creditors</u>:  The Debtor(s) propose to make regular monthly payments directly to the following creditors:

| | Creditor | Collateral and Valuation |
|---|---|---|
| (A) | **-NONE-** | |

3.      <u>Disbursements by the Trustee</u>:  The Debtor proposes that the Trustee make the following distributions to creditors after payment of costs of administration as follows:

       (A)     The following priority claims shall be paid in full by means of deferred payment:

          **Alamance County Tax Collector**

          **City of Mebane**

       (B)     The following secured creditors shall receive their regular monthly payment:

| Creditor | Collateral and Value | Monthly Payment |
|---|---|---|
| **Select Portfolio** | **House and lot located at 610 Jackson Street, Burlington, NC 27215  Market Value= $63,455.00** | **$499.85** |

       (C)     The following creditors have partially secured and partially unsecured claims and shall have their regular payment modified under the proposed plan:

| Creditor | Collateral and Value | Monthly Payment As Modified |
|---|---|---|
| **-NONE-** | | |

       (D)     The following co-signed claims shall be paid in full by monthly payments:

          **-NONE-**

       (E)     The following secured creditors shall be paid on their arrearage claims by means of monthly payments:

| Creditor | Collateral | Monthly Arrearage Payment |
|---|---|---|
| **Select Portfolio** | **House and lot located at 610 Jackson Street, Burlington, NC 27215** | **$100.00** |

(F)    After payment of allowed cost of administration, priority and secured claims, the balance of the funds paid to the Trustee shall be paid to allowed general unsecured claims.  The exact amount available for unsecured creditors cannot be determined until all claims are filed and allowed, however, at this time it is anticipated that the return to unsecured creditors will be not less than __0__ % and is estimated to be __0__ %.

4.    <u>Property to be surrendered</u>:  The following property will be returned to the secured creditor:

<u>Creditor</u>                                                      <u>Collateral</u>
**-NONE-**
       (name of creditor and description of property)

5.    The Debtor(s) has the following executory contracts and/or leases which will be assumed or rejected as herein indicated:

<u>Contract\Lease Party</u>                    <u>Description of Contract or Lease</u>                    <u>Assume or Reject?</u>
  **-NONE-**

6.    Other proposed provisions are as follows:

Date:  __**January  6,2006**__                    __**/s/ STEVEN H. MESSICK**__
                                                      **STEVEN H. MESSICK 8901**
                                                      Attorney for the Debtor
                                                      Address:      **WESTPARK CENTER**
                                                                         **3009 S. CHURCH ST., PO BOX 2439**
                                                                         **BURLINGTON, NC 27215-2439**
                                                      Telephone:    **336-584-3575**
                                                      State Bar No.    **8901**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re:

**Valinda Faye Graves**

SS#    **xxx-xx-1004**

SS#

Debtor(s)

)
)
)
)
)
)
)
)

**NOTICE TO CREDITORS
AND
PROPOSED PLAN**

Case No. _____

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**William L. Schwenn
Clerk of Court
U.S. Bankruptcy Court
Middle District of North Carolina
P.O. Box 26100
Greensboro, NC 27402**

**Anita Jo Kinlaw Troxler
Chapter 13 Trustee
Greensboro Division
Post Office Box 1720
Greensboro, NC 27402-1720**

**Absolute Collection Service
421 Fayetteville St. Mall
Raleigh, NC 27601**

**Absolute Collection Service
421 Fayetteville St. Mall
Raleigh, NC 27601**

**AFNI
404 Brock Drive
Bloomington, IL 61702**

**Alamance County Tax Collector
129 W Elm Street
Graham, NC 27253**

**Alamance County Tax Collector
129 W Elm Street
Graham, NC 27253**

**Alamance County Tax Collector
129 W Elm Street
Graham, NC 27253**

**Alamance Regional
PO Box 203
Burlington, NC 27216**

**Alamance Regional
PO Box 203
Burlington, NC 27216**

**Alamance Regional
PO Box 203
Burlington, NC 27216**

**Alamance Regional
PO Box 203
Burlington, NC 27216**

**Alamance Regional**
**PO Box 203**
**Burlington, NC 27216**

**Alamance Regional**
**PO Box 203**
**Burlington, NC 27216**

**Alamance Regional**
**PO Box 203**
**Burlington, NC 27216**

**Alamance Surgical Associates**
**1041 Kirkpatrick Road**
**Burlington, NC 27215**

**Alltel**
**Anderson Financial Network**
**404 Brock Drive**
**Bloomington, IL 61202**

**Burlington Radiological Assoc**
**PO Box 11546**
**Knoxville, TN 37939**

**Burlington Radiological Assoc**
**PO Box 11546**
**Knoxville, TN 37939**

**Burlington Radiological Assoc**
**PO Box 11546**
**Knoxville, TN 37939**

**City of Mebane**
**Tax Collector**
**Mebane, NC 27302**

**City of Mebane**
**Tax Collector**
**Mebane, NC 27302**

**City of Mebane**
**Tax Collector**
**Mebane, NC 27302**

**Computer Credit**
**640 West Fourth Street**
**PO  Box 5238**
**Winston Salem, NC 27113**

**Cornerstone Medical Center**
**1041 Kirkpatrick Road**
**Suite 100**
**Burlington, NC 27215**

**Credit Bureau**
**PO Box 26140**
**Greensboro, NC 27402**

**Credit Consultants**
**PO Box 14008**
**High Point, NC 27263**

**Credit Consultants of Central Carolina**
**231 Plaza Lane**
**PO Box 14008**
**Archdale, NC 27263**

**Credit Consultants of Central Carolina**
**231 Plaza Lane**
**PO Box 14008**
**Archdale, NC 27263**

**Employment Security Comission**
**PO Box 25604**
**Raleigh, NC 27611**

**Fingerhut**
**PO Box 7999**
**Saint Cloud, MN 56302**

**First Point Collections**
**PO Box 26140**
**Greensboro, NC 27402**

**First Point Collections**
**PO Box 26140**
**Greensboro, NC 27402**

**FirstPoint Collection Resources**
**PO Box 26140**
**Greensboro, NC 27402**

**Freedom First Credit Union**
**5240 Valley Park Drive**
**Roanoke, VA 24019**

**GEMB/JC Penney**
**PO Box 981131**
**El Paso, TX 79998**

**Genesis Financial Solutions**
**8705 SW Nimbus Avenue**
**Ste 3**
**Beaverton, OR 97008**

**Heilig Meyers**
**2425 Commerce Avenue 2100**
**Duluth, GA 30096**

**HSBC**
**PO Box 80053**
**Salinas, CA 93912**

**IC System Inc.**
**PO Box 64378**
**Saint Paul, MN 55164**

**Interstate Credit Collections**
**711 Coliseum Plaza Court**
**Winston Salem, NC 27106**

**J.L. Walston**
**1058 W. Club Blvd.**
**Durham, NC 27701**

**Jefferson Cap AKA Compucre**
**16 McLeland Road**
**Saint Cloud, MN 56302**

**JL Walston & Associates**
**1058 W. Club Blvd. 145**
**Durham, NC 27701-1164**

**JL Walston & Associates**
**1530 N Gregson St**
**Durham, NC 27701-1164**

**Nissan Motor Acceptance Corporation**
**7900 Ridgepoint Drive**
**Irving, TX**

**Optima Recovery Services LLC**
**6215 Kingston Pike**
**SuiteA**
**Knoxville, TN 37950**

**Optima Recovery Services LLC**
**6215 Kingston Pike**
**SuiteA**
**Knoxville, TN 37950**

**OSI Portfolio Services**
**2425 Commerce Avenue**
**Bld 2100, Ste 100**

**Duluth, GA 30096**

**R.A. Rogers Inc. Coll. Consul**
**2135 Espey Ct, Ste 9**
**Crofton, MD 21114**

**Roanoke City District Court**
**315 West Church Avenue**
**Roanoke, VA 24010**

**Select Portfolio**
**PO Box 55111170**
**Jacksonville, FL 32255**

**Southwest Credit Systems**
**5910 W. Plano Pkwy Ste 10**
**Plano, TX 75093**

**Tech Federal Credit Union**
**1640 Roanoke Blvd.**
**Salem, VA**

**Tech Federal Credit Union**
**1640 Roanoke Blvd.**
**Salem, VA**

**UNC Hospital**
**Patient Accounts**
**211 Friday Center Drive, Ste G21**
**Chapel Hill, NC 27517**

**UNC Physicians & Assoc**
**PO Box 900014**
**Raleigh, NC 27675**

**UNC Physicians & Assoc**
**PO Box 900014**
**Raleigh, NC 27675**

**Wallace Graves**
**2250 Willie Pace Road**
**Burlington, NC 27217**

**Welcome Finance Co.**
**1112 W. Center Street**
**PO Box 494**
**Mebane, NC 27302**

**WFNNB/Lerner**
**PO Box 182122**
**Columbus, OH 43218**

Date:    **January  6, 2006**                    **/s/ STEVEN H. MESSICK**

                                                 **STEVEN H. MESSICK 8901**